

# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL:<br>217.492.4020<br>FAX:<br>217.492.4028 |

January 5, 2005

Joseph W. Vigneri
Vigneri Law Office
136 W. Washington Street
Decatur, IL 62521


RE: 01-30079   US v Hamm


Counsel:

The Clerk's Office has certain exhibits in the above mentioned case.  The appeal time has expired and these exhibits need to be removed from our vault.  These exhibits should be picked up from this office within 30 days.

If the exhibits are not removed within that time, they will be destroyed.

Sincerely,

s/Christy Taylor


Christy Taylor
Deputy Clerk