E-FILED
Wednesday, 09 February, 2005  01:50:36 PM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WAERS**
clerk of court

central district of illinois

office of the clerk
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

RE: ___US___ v ___Hamm___

Case # ___01-30079___

Received ___Government___ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this ___9th___ day of ___Feb, 2005___.

Received by: ___Diane A Meadows___