**E-FILED**
Friday, 30 December, 2005   12:11:44 PM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR STATEMENT OF REASONS

Case Name: USA v JAMES HANDLIN

Case Number: 01-CR-30079

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Angela Cooper*
U.S. Probation office

Date: 10/11/05